LAW OFFICE OF OTTO & GUILLEN, PC
IAN OTTO, Esq.
ALEXANDER GUILLEN, Esq.
24301 Southland Drive, Suite 200
Hayward, CA 94545
Telephone: (510) 363-9981; Facsimile: (510) 363-9344
E-mail: iotto@ottoguillenlaw.com
E-mail: aguillen@ottoguillenlaw.com
*Attorney for Plaintiff Julia Owens*

MCGUIREWOODS LLP
K. ISSAC DEVYVER (*pro hac vice*)
BENJAMIN J. SITTER (SBN 273394)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: 412-667-6000
Facsimile: 412-667-6050
Email: kdevyver@mcguirewoods.com
Email: bsitter@mcguirewoods.com
*Attorneys for Santander Consumer USA Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JULIA OWENS, individually, and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA INC., an Illinois Corporation; and DOES 1 through 500, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-01658-TLN-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: July 7, 2017 |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Julia Owens ("Plaintiff") and

CASE NO. 2:17-cv-01658-TLN-AC
STIPULATION OF DISMISSAL WITH PREJUDICE

1  Defendant Santander Consumer USA Inc. hereby stipulate that all individual claims of Plaintiff in
2  this action, including Plaintiff's Complaint, are dismissed <u>with prejudice</u>, with all parties to bear
3  their own costs.  The parties stipulate that any claims of absent putative class members asserted in
4  this action are dismissed <u>without prejudice</u>, with all parties to bear their own costs.  This action
5  should be marked closed.

7  DATED: May 1, 2018

8                                               McGuireWoods LLP

10                                 By:   /s/ K. Issac deVyver
11                                         K. Issac deVyver (*admitted pro hac vice*)

12                                         *Attorneys for Defendant*
                                           *Santander Consumer USA Inc.*

15  DATED: May 1, 2018        Law Office of Otto & Guillen, PC

16                                 By:   /s/ Ian Otto
17                                         Ian Otto
                                           Law Office of Otto & Guillen, PC
18                                         *Attorney for Plaintiff Julia Owens*

---

STIPULATION OF DISMISSAL WITH PREJUDICE

PROOF OF SERVICE
JULIA OWENS v. SANTANDER CONSUMER USA INC., et al.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Case No. 2:17-CV-01658-TLN-AC

I declare that I am a citizen of the United States, that I have attained the age of majority, and that I am not a party to this action. My business address is 24301 Southland Drive, Suite 200, Hayward, CA 94545. I am familiar with this firm's practice of collection and processing of documents to be deposited for delivery via the U.S. Postal Service as well as via other methods of delivery. On the date stated below, in the manner indicated, I caused an exact copy the attached document(s) entitled:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

to be served on each party, or its attorney of record, in this action by delivery to each addressee, at the address indicated, in the following manner:

BY CM/ECF NOTICE OF ECLECTRONIC FILING: I electronically filed the documetns with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants who are not registered CM/ECF users will be served by mail or other means pernitted by the court rules.

VIA MAIL: I caused an envelope, containing an exact copy, with fully prepaid FIRST CLASS postage affixed thereto, to be placed in the U.S. mail at Hayward, California.

**DEFENDANT; SANTANDER CONSUMER USA, INC.:**

David C. Powell
Benjamin J. Sitter
MCGUIRE WOODS LLP
Two Embarcadero Center, STE 1300
San Francisco, CA 94111

I declare that I am employed in the office of a member of the State Bar of California at whose direction service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 2, 2018 at Hayward, California.

_____//s//_____
Jason Milleman

PROOF OF SERVICE